Ord[er]
The motion is withdrawn
w/o prejudice
& renewal.
s/Edward R. Korman, USDJ
USDJ

**DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION**
ATTORNEYS AND COUNSELLORS AT LAW
131 EAST THIRTY EIGHTH STREET
NEW YORK, NEW YORK 10016-2680

TELEPHONE: (212) 889-2300
FACSIMILE: (212) 889-1286
e-mail: drgzh@aol.com
www.DoughertyRyan.com

VIA FASCISMILE (718) 613-2477

July 11, 2007

Honorable Edward R. Korman, Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> RE: In the Matter of the Complaint of the City
> of New York as owner and operator of the M/V
> ANDREW J. BARBERI
> Index No.: 03 Civ. 6049 (ERK)
> Our File: 04-99-3210/JJH

Dear Chief Judge Korman:

We are maritime counsel for the claimants' in these proceedings.

We write to report that we and liaison counsel, Messrs, Bosco, Bisignano & Mascolo, have consented to extend the return date of the motion we filed to set fees for common benefit work, *sine die*.

We anticipate that we will withdraw the motion, without prejudice, while we and counsel for various claimants attempt to resolve the fee issue by consensus.

We thank Your Honor for your consideration.

Respectfully submitted,

DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION

BY: JAMES E. RYAN

JER/dm