BEFORE:    VIKTOR V. POHORELSKY                        DATE:    9/7/10
               U.S. MAGISTRATE JUDGE              START TIME:    4:00 p.m.
                                                                        END TIME:    5:15 p.m.

DOCKET NO.   CV-03-6049                          ASSIGNED JUDGE:    ERK

CASE NAME:   In re the City of New York as Owner of the M/V Andrew Barberi

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Conference re Motion for Attorneys' Fees

APPEARANCES:                  See Annexed List

SCHEDULING AND RULINGS:

1.    Discussion heard concerning the scope of an evidentiary hearing regarding various factual issues raised by those opposing the motion.

2.    The hearing will be held on **September 20 and 21, 2010** commencing at 10:00 a.m. on each day. The opponents of the motion will present evidence on September 20 and the movants on September 21.