LAW OFFICES OF
# MICHAEL S. ROSS
THE LINCOLN BUILDING
60 EAST 42ND STREET
FORTY-SEVENTH FLOOR
NEW YORK, NY 10165

TELEPHONE
(212) 505-4060
FACSIMILE
(212) 505-4054
E-MAIL
michaelross@rosslaw.org

December 16, 2011

**BY ECF**

Hon. Douglas C. Palmer
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

> Re: City of New York, as Owner and Operator of the
> M/V Andrew J. Barberi;
> Index No. 03-CV-6049 (ERK) (VVP).

Dear Honorable Sir:

I represent the law firm of Torgan & Cooper, P.C., counsel to claimant James McMillan, Jr., in connection with the above-captioned case. We are in receipt of the Report and Recommendation of U.S. Magistrate Judge Viktor V. Pohorelsky, dated December 2, 2011.

While we do not object to the Report and Recommendation, we do reserve the right to submit, pursuant to Federal Rule of Civil Procedure 72(b)(2), responses to any objections that may be filed herein.

Respectfully submitted,

By: _____
Michael S. Ross, Esq. (MSR-3626)
Law Offices Of Michael S. Ross
*Attorneys for Torgan & Cooper, P.C.*
60 East 42nd Street, 47th Floor
New York, New York 10165
Tel. (212) 505-5200
Fax. (212) 505-4054