UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In the Matter of the Complaint of            CV-03-6049 (ERK)(VVP)
THE CITY OF NEW YORK, as Owner and
Operator of the M/V ANDREW J. BARBERI,     **NOTICE OF APPEAL**

-------------------------------------------------------------------x

    NOTICE is hereby given that BOSCO, BISIGNANO & MASCOLO, as Liaison counsel for Respondents in the above captioned matter, and DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION, as Maritime counsel for the Respondents in the above captioned matter, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of the Honorable Edward R. Korman, dated January 19, 2012 and entered on January 19, 2012 which adopted the Report and Recommendation of the Honorable Victor V. Pohorelsky, U.S.M.J., dated December 2, 2011. The Report and Recommendation made certain recommendations with respect to the motion of Liaison and Maritime counsel for an award of attorneys' fees to be paid to them by counsel for the Claimants in compensation for work they performed for the benefit of the Court and all Claimants; the Report and Recommendation was adopted by Hon. Korman over the timely objections of Liaison and Maritime counsel. Liaison counsel and Maritime counsel appeal from each and every part of the Order.

    Copies of the Order and the Report and Recommendation are annexed hereto.

Dated: New York, New York
        February 16, 2012

                                             GODOSKY & GENTILE, P.C.
                                             Attorneys for Liaison and Maritime Counsel
                                             BY: _____
                                             ANTHONY GENTILE
                                             61 Broadway
                                             Suite 2010
                                             New York, New York 10006
                                             Phone: (212) 742-9700

cc:       All Counsel on attached service list